# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# AT BALTIMORE

| | |
|---|---|
| In Re:   Eric Bray | Case No. 18-14701-MMH<br>Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF THE
LODGE SERIES III TRUST, Movant (BSI
Financial Services, INC.), Servicer

vs.

Eric Bray
aka Eric Richard Bray, Debtor
Lashelle Jade Bray, Non-Filing Co-Debtor
                Respondent(s)

## NOTICE OF CURE

TO THE CLERK:

This Notice serves to advise the Court that the Debtor(s) cured the default of payment(s) with respect to the Notice of Default filed in the above captioned matter by the Movant or its predecessor in interest on July 16, 2020 (Doc. No. 57). The Notice of Default as filed is either the first or second default under the terms of the Agreed Order.

Signed and mailed this 11th day of January, 2021.

                Respectfully submitted:

                */s/ Kevin Feig, Esq.*
                Kevin Feig, Esq.
                Attorney for Movant
                Bar No. 15202
                McCabe, Weisberg & Conway, LLC
                312 Marshall Avenue, Suite 800
                Laurel, MD 20707
                301-490-1196
                bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland 21401

Uriel Stern
Law Office of Cricket Browne, LLC
117 E. Main Street
Elkton, Maryland 21921

I hereby further certify that on the 11th day of January, 2021, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Eric Bray
700 High Plain Drive
Bel Air, Maryland 21014
(Via U.S Mail)

Lashelle Jade Bray
700 High Plain Drive
Bel Air, Maryland 21014
(Via U.S. Mail)

                                                */s/ Kevin Feig, Esq.*
                                                Kevin Feig, Esq.